# EXHIBIT D

TAYLOR COUNTY SHERIFF DEPARTMENT

JAIL POLICY

<u>INMATE COPY</u>

106.02 RULES & REGULATIONS     INMATE COPY

   III.    Procedures

**Classification**
1. This jail uses the Objective Classification System to determine cell assignment.
2. If a classification officer is not available, the booking officer will determine an initial cell assignment. After review by a classification officer, this assignment may stay the same or may be changed. Many factors are used to determine your classification including your past history.
3. Your classification level will affect certain privileges.
4. Your behavior will affect your level of classification. You may automatically be reclassified to a higher security level if you are involved in numerous minor incidents or any major incidents that warrant reclassification.
5. After a minimum of 30 days of cooperation and good behavior, you can request a reclassification to a lower classification level. This request must be in writing to the classification officer.

**Clothing/Bedding**
1. All inmates not released within 24 hours will be issued one mattress, one blanket, one mattress cover, one sheet, toothpaste, toothbrush, comb, soap and two towels. Working Hubers will be given 4 towels. If the mattress does not have a pillow built in, inmates will also receive one pillow and pillowcase. You may also request a washcloth if desired. All inmates will be issued a jail uniform and footwear. This uniform must be worn at all times when the inmate is out of his/her cell. Uniform pant legs are not to be rolled up above the ankle. No bare feet are allowed in the dayroom. A mattress will be provided to all inmates detained overnight. It is your responsibility to notify the staff in writing if you do not receive all of these items.
2. Inmates shall provide their own T-shirts (no sleeveless shirts), socks and undergarments (no strings, buttons, zippers, or under wire bras). Normally only white items will be accepted.
3. Uniform exchange will be on Monday and Thursday. Mandatory exchange of blankets and mattress covers will be the first week of the month. Exchanges of blankets and mattress covers in addition to this schedule will be considered upon request. All cuffs will be unrolled, and pockets emptied when uniforms are turned in for exchange. Anyone who is missing items or turns in damaged items during exchange will be subject to disciplinary action, criminal charges and/or the cost of the item being charged to their account. It is the inmate's responsibility to notify the staff if items are already damaged when received. Staff will determine appropriate sizes for uniforms.

**Telephones**
1. Except for the initial phone call allowed at booking on new arrests, all phone calls will be made from the cell and are either collect to the called party or charged against a jail phone card purchased after submitting a phone card request. Phone rates are posted in cells, and phones are shut off at appropriate times according to classification. 3-way calling is not permitted.

Revised 09/13/20

2. All calls may be limited. Phones/TV will be turned on at the discretion of the jail staff normally between 0630 and 0700 daily.
3. All calls are recorded and subject to monitoring. Attorney calls are the only exception. Upon request, the jail staff will block monitoring and recording of your attorney's number after verifying that it belongs to the attorney. Most of the local attorneys have already been blocked. Once a number is blocked for confidentiality, it remains blocked. It is your responsibility to inquire prior to making the call for the first time.

**Mail**

1. All inmate mail, incoming or outgoing may be inspected for contraband. Mail will be inspected for the security of the jail. Mail from attorneys (privileged mail) will be opened in the presence of the inmate.
Staff will open all other incoming mail out of the inmate's presence. Envelope will be thrown away. Upon request, address will be provided.
2. All incoming mail will bear the sender's name and complete return address on the envelope. Mail received without sender name and address will not be delivered but will be held and given to the inmate at time of release.
3. Incoming mail will be delivered on the day it is received in the jail. Since it is routed through the Courthouse, there will be no incoming or outgoing mail on Saturdays, Sundays or Holidays.
4. No stickers or stamps received in the mail will be given to inmates. All postage stamps must be purchased through canteen account.
5. No pop-up cards, colored pictures, glitter, etc. will be allowed in the cell blocks.
6. No mail will be allowed that is in violation of a court order or probation rule.
7. No correspondence shall be allowed between inmates in this jail.
8. Outgoing mail must be submitted at lockdown. It is recommended to use pen not pencil on the envelopes. Privileged mail may be sealed by the inmate. All other outgoing mail will be given to the jail staff unsealed. Staff maintains the right to inspect privileged mail if just cause exists and is authorized by the Sheriff.
9. Inmates without funds will be allowed limited free postage for privileged mail and two personal letters per week.
9. For the safety, protection, and information to the general public and to protect the Taylor County Jail from possible liability, all out-going mail from inmates will be stamped as follows: INMATE, TAYLOR COUNTY JAIL, 224 SOUTH SECOND STREET, MEDFORD, WI 54451 and will bear the inmate's name in the upper left corner. Only mail intended for the addressees will be enclosed in each envelope. Nothing is to be sent out with a request to forward to another person/address.
10. All other reading material (books, magazines, etc) must come directly from the publisher or be purchased on-line and mailed directly to the jail. Any mail or publication that staff determines to be a safety or security risk or inappropriate for a jail setting will be prohibited. No requests for junk mail or advertisements are to be sent out or will be accepted in the jail.
11. Photos (no polaroid or photos depicting nudity or gang affiliations) may be sent in the mail. Inmates are allowed 15 photos in the cell block. Photos may be exchanged when received only. After photos are put in property bag they may not be exchanged.

**Medical**

1. Inmate requests for normal medical attention shall be made in writing on the "Request to see medical doctor/nurse form", will state the date and nature of the illness and will be given to the jail staff. The county nurse is normally available Monday through Friday during normal business hours. The physician is available to staff by telephone 24 hours a day 7 days a week and is available to see inmates at the jail once a week. The on-duty jailer will handle emergency medical requests. NOTE: Inmates are responsible for the cost of all medical care

they receive. This includes prescribed medication and over-the-counter medication and supplies. If the inmate is covered by medical insurance, it is their responsibility to give the insurance information to the medical facility at the time of treatment and to the jail nurse prior to prescriptions being ordered.
2. Unless advised otherwise, the jail nurse will make all appointments for medical/dental treatment.
3. Inmate medication shall be under the control of the jail staff. Only medication (such as inhalers & nitroglycerin) approved by the jail medical personnel will be kept in the cell. Medication shall be taken with water in the presence of the jail staff. The jail nurse/medical personnel must approve all requests for changes to medication.
4. Medication purchased by the inmate will be returned to the inmate upon his/her release. Unclaimed medications will be kept for seven (7) days after the inmate's release and then destroyed by the jail nurse.

**Visitation**
1. Visitation days are Wednesday, Saturday, Sunday, and designated major holidays (New Year's Day, Good Friday, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Christmas Eve, and Christmas Day.) Hours are from 1:00-4:00pm and 6:00-9:00pm.
2. Inmates may be allowed one 20-minute visit each visitation day. Longer visits may be requested in writing prior to visitation day for visitors coming from locations requiring travel in excess of 2 hours. Requests for visits on days/hours outside of normal visitation times must also be submitted in writing. Visits may be longer depending on classification.
3. Visitors must present a photo ID and fill out a Visitor Approval/Registration form upon request. Jail staff may deny visits if there is any question of identity of the visitor.
4. Visits by attorneys will be unlimited and allowed at any time except mealtimes subject to unexpected situations and availability of meeting rooms.
5. Visits by clergy will be allowed for reasonable periods of time and should be prearranged to avoid mealtimes and in order to assure an available meeting room. Services shall be conducted on Saturday or Sunday unless approved otherwise by sheriff's department administration. Services will be held in the program room.
6. No prior inmates will be allowed to visit for 60 days from release date (except for immediate family members).
7. No juveniles (under 18) will be allowed to visit without verified written permission of parent or guardian (notarized or witnessed by jail staff).
8. Unless permission is granted, nothing is to be taken with the inmate to the visitation area.
9. When you are advised that you have a visitor, you will have your uniform and shoes on and go to the door of the dayroom and wait for the jail staff to unlock the door. You will then proceed to the door at the visitation booth and go inside when the jail staff unlocks the door. You are not to communicate with anyone else that is in the booth (only your visitors on the other side). When your visit time is up, you will be told over the intercom and you should immediately go to the door and wait for the staff to unlock it. You are then to proceed directly to your cellblock door and open it when the staff unlocks it. Visits that violate any court order, no contact requests, or a probation or jail rule will not be allowed. Visitation is a privilege and can be denied for just cause. If you are told to go to the visitation booth for an attorney visit, you will proceed through the second door to the attorney visitation booth.
10. Inmates and visitors must use the phones in visitation. All visitations will be recorded, except for attorney visits. Normally, only 4 individuals will be allowed to visit at one time.
11. Cell phones, cameras, etc. are not allowed in visitation.

**Requests**
1. All requests are to be in writing. Request slips are given out each day for the next day's requests and MUST be submitted before lockdown. No other slips or mail will be collected

or honored later in the day. Only exception would be an emergency notification to the on-duty jail staff regarding a critical incident. Library will normally be offered to all cellblocks either Saturday or Sunday as time permits. Jail staff will decide which cellblocks will be offered on which day. Inmates refusing to go when offered will not be offered again until the next weekend.
2. All requests to the Jail Administrator (Sergeant), Chief Deputy or Sheriff must be in writing.
3. Canteen orders must be in by Monday at lockdown. Inmates must have money in their accounts to cover items ordered. Canteen is delivered on Wednesday. All days subject to change. Anything that can be ordered from canteen may not be sent in but must be ordered from canteen. The only exception is white underclothing.
4. Except for maximum security blocks, razors will be distributed on Sundays if requested. Razors will be given out in the morning and must be used immediately upon receipt. Showers will be opened when razors are distributed. Jail staff will return to pick up the razors after morning shower time. Razors must be returned intact with the plastic cap replaced. Inmates are responsible for razors designated by name. Working Hubers and Inmate Workers who leave the secure facility may request daily. Requested Toiletries will be distributed upon request, with the cost charged to your account. Indigent inmates will be given paper and envelopes on Wednesdays upon request to allow inmates without supplies two personal letters per week. Indigent inmates without writing supplies will be allowed limited supplies needed to communicate with attorneys and courts of law upon request.
5. An inmate may request a haircut if he/she has money in his/her account. An appointment will be scheduled for a barber to come into the jail upon request.
6. Personal laundry and linens for all blocks except working Hubers will be done twice weekly. Jail staff will offer by cellblock as time permits normally on Tuesdays and Fridays. Inmates refusing to do laundry when offered, will not be offered again until the whole cellblock is offered again the following week.
7. Personal laundry for working inmates will normally be done on Saturdays or Sundays as time permits. Jail staff will decide which day it is offered to each group. Inmates refusing to do laundry when offered will not be offered again until the next weekend.
8. If you have requested and been approved to use the library, see the nurse, attend church services, attend school, etc. you are to go to the designated room immediately when you are advised. You are not to try to communicate with any other cellblocks or stop anywhere along the way. If you do not know where to go, ask the staff on the intercom prior to being let out.
9. Any appropriate fees will be deducted from your account upon release. Any remaining funds will be distributed to you.
10. Inmates may request an inmate grievance form if they believe they have been treated unfairly. Inmates can only submit grievances that involve themselves and cannot file a grievance on behalf of someone else. The grievance should be given to jail staff to forward to the jail sergeant. The sergeant will respond within 10 working days. If the inmate is not satisfied with the answer, he/she may appeal the decision in writing to the Chief Deputy within 10 days. The appeal should contain all the details, and action requested. This same procedure applies to any disciplinary action taken.

**Hygiene/Cleaning**
1. Cell cleaning will be done on Sundays, Wednesdays, and Fridays in all cellblocks except the Huber dorms. Before breakfast is fed, inmates will go to the dayroom. Each inmate must accept or decline their own tray. After breakfast is fed, doors to the janitorial closets will be opened and dayroom and individual cell cleanup will be done before televisions and phones are turned on. All inmates will participate in the cleaning.

2. Inmates in the Huber dorms will clean on Sunday mornings and Wednesday evenings and any other days that staff determines the need. The staff will bring in the cleaning supplies and everyone will participate in the cleaning.
3. All personal items must be kept on inmate's shelf or in their storage bin or other approved storage. Items stored on the shelf will be kept to a minimum. No items are to be attached to the walls in any way. If accumulated items become excessive, including but not limited to legal paperwork (determined at jail staff's discretion), it will be removed and placed in your property bag. Nothing is to be placed over the windows or on the windowsills.
4. Showers will be opened from 9:00 am-11:00 am in all cells and 7:00 pm – 9:00 pm in all cells except maximum security blocks. Inmates are to stay out of showers during all other times except during cell cleanup.

**Meals**
1. Meals are prepared by kitchen staff and served by jail staff three times daily. Times will vary but approximate meals times are: Breakfast 0530 6:00 a.m., Lunch 1130- 12:00 pm., Supper 430 pm- 5:00 p.m.
2. Special diet meals can be requested to accommodate a medical condition. Information will be given to kitchen staff and trays will be labeled with inmate's name.
3. Bag lunches will be provided for working inmates to take out with them to work or given to them upon return for meals served when they will be away from the jail.
4. If you will be working later or coming back earlier than your normal scheduled hours, the staff must be notified as early as possible if it will affect our hot meal count so it can be adjusted in time (by 9:00 a.m. for lunch and 3:00 p.m. for supper).
5. Meals must be eaten when served.

**Headcounts/Lockdown**
1. Headcounts/prisoner well-being checks are conducted throughout the day by jail staff. If you are not in the dayroom when the jail staff is doing a head count, we will ask you to step to the door of your cell. This should be done immediately. You are to wait until you are excused before returning to your cell. Failure to cooperate with this requirement or other requests may result in periods of being locked out of cells.
2. Lockdown will be set in accordance with your classification.
3. When you are instructed to go into your cell at lockdown or any other time, you are to pull your door shut behind you and remain there until breakfast or instructed otherwise.

**Miscellaneous**
1. All inmates are subject to searches and inspection of their cells at anytime for health, safety or security reasons. Inmates shall cooperate during any search or inspection. This jail is equipped with an audio/visual monitoring system for the safety of the inmates and staff; therefore, there shall be no expectation of privacy.
2. Inmates may be moved to other county jails to alleviate overcrowding.
3. All inmate monies will be entered into an account in the individual's name. Monies in this account can be used for purchasing canteen, phone cards, copies etc. Monies in this account will also be used to cover expenses incurred by the inmate to include lock down fees for sentenced inmates, medical expenses, etc.
4. Lock down fees for sentenced individuals not working is $12 a day.
5. Any property left at the Taylor County Jail must be picked up within 30 days of release/transfer or it will be disposed of by the Taylor County Jail.
6. May report sexual misconduct/abuse verbally to any staff member, in writing to any staff member, may report anonymously.

**Programs**
1. Subject to classification restrictions, inmates may request to sign up for the following programs when available on the daily request slips:

    Alcohol Anonymous Meetings
    Bible Study
    Inmate Community Work Program
    GED Program/Study Classes
    Virtual Welding

**Lockout**
1. Maximum Classification 0630-0900, 1430-1630, and 2000-2200

2. Medium Classification    1430-1630
3. You must exit your cell immediately and close cell door behind you. If cell is opened for restroom use, you may not take anything in or bring anything back out with you.

## Local Food Pantries

**First Baptist Church**
751 Grace Way
Medford, WI 54451
(715) 748-4936

**Indian Head Community Action**
508 S. 8th Street
Medford, WI 54451
(715) 415-2457

**Ruby's Pop-Up Pantry**
**River of Hope**
630 Jensen Drive
Medford, WI 54451
(715) 785-5260

**Medford Mobile Pantry**
**St. Paul's Lutheran Church**
321 N. Park Avenue
Medford, WI 54451
(715) 748-4909

**Community Food Pantry**
**United Methodist Church**
1300 Church Street
Rib Lake, WI 54470
(715) 427-3563

**Christ Community Church**
W14616 State HWY 73
Sheldon, WI 54766
(715) 668-5540

## AODA & Mental Health Resources

**Courage to Change Recovery Counseling**
880 E. Perkins
Medford, WI 54451
(715) 748-0480

**River Centre Counseling**
301 S Main Street PO Box 264
Medford, WI 54451
(715) 748-9222

**Counseling Connection of Medford**
429 W. Broadway
P.O. Box 453
Medford, WI 54451
(715) 748-4312

**Aspirus Medford Clinic**
101 S. Gibson Street
Medford, WI 54451
(715) 748-2121

**Living Well Mental Health Clinic**
112 N. Central Avenue
Owen, WI 54460
(715) 229-0330

**Marshfield Clinic**
1000 North Oak Avenue
Marshfield, WI 54449
(715) 387-5511

## Taylor County Human Services Department

540 East College Street
Medford, WI 54451
(715) 748-3332

**Mental Health Services**
- Individual/Group Counseling
- Case Management
- Psychiatric Medication Management
- Crisis Intervention Services

**AODA Services**
- Substance Abuse Counseling
- Prevention/Intervention Services

**Economic Support**
- Energy and Weatherization Assistance
- General Relief Fund
- Income Maintenance Services such as Medicaid, BadgerCare & FoodShare (1-888-794-5722)

If you are interested in receiving services for either yourself or someone else, contact an agency intake worker in person or by telephone.

## Local Community Resources & Services

Getting out can be extremely exciting, yet also challenging and overwhelming. There are people to help assist and guide you along the way *AND* they are only part of the equation.

You are the key to your success!!!

So...what do **you** need to be successful?



## Additional Resources

**Taylor County Housing Authority**
224 S 2nd St
Medford, WI 54451
(715) 748-1456

**Stepping Stones**
*(Domestic Violence and Sexual Assault Shelter & Advocacy Services)*
327 E Broadway Ave.
Medford, WI 54451
(715) 748-5140 or 1-866-343-5140

## Transportation Services

**Commission on Aging**
845 E Broadway Ave # B
Medford, WI 54451
(715) 748-1491

**Medford Taxi**
120 N Main Street
Medford, WI 54451
(715) 748-4200

**MTM**
*(Non-Emergency medical transportation)*
1-866-907-1493

**Taylor County, WI**
Crisis Line: 1-866-317-9362

National Suicide Prevention Lifeline:
1-800-273-TALK(8255) or
text "hopeline" to 741741

CAN (Child Abuse/Neglect):
1-833-327-7233

## Employment Agencies/Services

**Express Employment Professionals**
1126 S 8th St, Ste A
Medford, WI 54451
(715) 785-7905

**Remedy Intelligent Staffing**
510 N 8th Street
Medford, WI 54451
(715) 804-3110

**Department of Vocational Rehabilitation**
(715) 748-6120.

## Homeless Shelters

**Frederic Ozanam Transitional Shelter**
169 N Central Ave
Marshfield, WI 54449
(715) 387-4425

**Salvation Army**
202 Callon St W
Wausau, WI 54401
(715) 845-4272