# This agency has
# ZERO TOLERANCE
## for any form of
## sexual abuse or sexual harassment

## Este organismo tiene
# TOLERANCIA CERO
## hacia cualquier forma de
## abuso o acoso sexual

## Qhov Chaw Ua Hauj Lwm No
# TSIS MUAJ KEV ZAM TXIM RAU LEEJ TWG HLO LI
## tsis hais ua hom twg ntawm
## txoj kev yuam deev los yog thab deev lwm tus